RICHARD M. OBERTO
ATTORNEY AT LAW
State Bar NO. 247285
516 W. Shaw Ave., Ste. 200
Fresno, California 93704
Telephone: (559) 221-2557

Attorney for Defendant,
Ernest Westley

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. 1:18-CR-00076-LJO-BAM |
|---|---|
| *Plaintiff,* | |
| v. | WAIVER OF DEFENDANT'S PERSONAL PRESENCE PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE, RULE 43 (b)(3); [~~PROPOSED~~] ORDER |
| ERNEST WESTLEY et al., | |
| *Defendants.* | |

**TO THE ABOVE ENTITLED COURT AND ALL PARTIES OF RECORD:**

Defendant ERNEST WESTLEY ("Mr. Westley") has been advised of his right to be personally present at all stages of the court proceedings in the above entitled action against him. Mr. Westley hereby waives his right to be present for proceedings that involve only a conference or a hearing on a question of law pursuant to Federal Rules of Criminal Procedure, Rule 43, subdivision (b)(3).

Pursuant to this waiver, Mr. Westley request that the Court allow his interest to be represented by the presence of his attorney, Richard M. Oberto, and he agrees that his interests shall be represented the same as if he were personally present. Mr. Westley agrees that notice to his attorney that his personal presence is required for a proceeding at a specific time and place will be deemed notice to Mr. Westley of the requirement of his personal presence.

DATED: 4/25/18                         /s/ Ernest Westley
                                       ERNEST WESTLEY
                                           Defendant
                                           *Original signature retained by*
                                            *attorney Richard M. Oberto*


DATED: 5/2/18                          /s/ Richard M. Oberto
                                       RICHARD M. OBERTO
                                           Attorney for Defendant,
                                           Ernest Westley
                                           *Original signature retained by*
                                            *attorney Richard M. Oberto*

## [~~PROPOSED~~] ORDER

**IT IS HEREBY ORDERED** that the personal presence of Defendant ERNEST WESTLEY is not required for proceeding that involve only a conference or a hearing on a question of law pursuant to Federal Rules of Criminal Procedure, Rule 43, subdivision (b)(3)

IT IS SO ORDERED.

Dated: **May 3, 2018**                 /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE