McGREGOR W. SCOTT
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERNEST WESTLEY,<br><br>Defendant. | CASE NO. 1:18-CR-00076 LJO<br><br>STIPULATION TO CONTINUE HEARING AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: June 24, 2019<br>TIME: 9:30 a.m.<br>COURT: Hon. Lawrence J. O'Neill |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for change of plea hearing on June 24, 2019.

2. By this stipulation, the parties now move to continue the hearing until July 29, 2019, at 9:30 a.m. and to exclude time between June 24, 2019, and July 29, 2019. The request is made to allow the parties to complete further investigation related to the charges and to allow for continuity of counsel. The parties further agree and stipulate that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

///

IT IS SO STIPULATED.

Dated:  June 20, 2019                                         McGREGOR W. SCOTT
United States Attorney

/s/ MELANIE L. ALSWORTH
MELANIE L. ALSWORTH
Assistant United States Attorney

Dated:  June 20, 2019                                         /s/ RICHARD M. OBERTO
RICHARD M. OBERTO
Counsel for Defendant
ERNEST WESTLEY

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated:  **June 20, 2019**                          /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE